**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Professional Financial Services Corp.,
Respondent/Appellant,

v.

Terry White and White's Auto Sales, Inc.,
Appellants/Respondents.

Appellate Case No. 2010-156746

Appeal from Florence County
Thomas A. Russo, Circuit Court Judge

Memorandum Opinion No. 2012-MO-041
Heard October 16, 2012 – Filed October 24, 2012

**AFFIRMED**

Louis D. Nettles, of Folkens Law Firm, of Florence, for
Appellants/Respondents.

J. Gregory Studemeyer, of Columbia, for
Respondent/Appellant.

**PER CURIAM:**  In this direct appeal from an award of treble damages and attorney's fees under the South Carolina Unfair Trade Practices Act,[1] we affirm pursuant to Rule 220(b)(1), SCACR, and the following authorities:  *Crary v. Djebelli*, 329 S.C. 385, 388, 496 S.E.2d 21, 23 (1998) (reversing the court of appeals and reinstating the trial judge's findings as to an unfair trade practices claim, noting that on appeal of an action at law tried without a jury, the findings of the trial judge are not to be disturbed unless a review of the record discloses that there is no evidence which reasonably supports those findings); *Charleston Lumber Co. v. Miller Hous. Corp.*, 318 S.C. 471, 484, 458 S.E.2d 431, 439 (Ct. App. 1995) (noting the amount of attorney's fees awarded based on an unfair trade practices claim is within the sound discretion of the trial judge and will not be reversed on appeal absent an abuse of discretion).

**AFFIRMED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**

---

[1] *See* S.C. Code Ann. §§ 39-5-10 to -560 (Supp. 2011).